# LITTLETON JOYCE
# UGHETTA PARK & KELLY LLP

NEW YORK CITY | PURCHASE, NY | RED BANK, NJ

141 West Front Street
Suite 120
Red Bank, NJ 07701
Tel (732) 530-9100
Fax (732) 530-9115

www.littletonjoyce.com

Direct Dial: (732) 530-9101
robert.kelly@littletonjoyce.com

December 1, 2009

**VIA ELECTRONIC FILING**
Honorable Claire C. Cecchi, U.S.M.J.
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

| | | |
|---|---|---|
| Re: | Vaccaro v. HJC America, Inc., et al. | |
| | Civil Action No. : | 04cv3480 |
| | Our File No. : | 04060.00058 |

Dear Magistrate Judge Cecchi:

This office represents Defendant HJC America, Inc. ("HJCA") in the above referenced case. A Pretrial Conference is currently scheduled for December 8, 2009.

Please allow the following to confirm that the case has been settled. The parties are working to prepare and sign an appropriate settlement agreement. We anticipate filing a Stipulation of Dismissal shortly.

Thank you for your continued courtesies and attention in this regard.

Respectfully submitted,

**LITTLETON JOYCE UGHETTA PARK & KELLY LLP**

Robert J. Kelly

RJK:JS
cc:   Bruce Nagel, Esq.