## NAGEL RICE, LLP
### COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
BARRY M. PACKIN
DIANE E. SAMMONS°

HARRY A. MARGOLIS
(1928-2002)

°MEMBER OF N.J. & N.Y. BARS

119 MAPLE AVENUE
RED BANK, NJ 07701
(732) 933-0900

103 EISENHOWER PARKWAY
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
www.nagelrice.com

PLEASE REPLY TO
ROSELAND OFFICE

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

COUNSEL
HERBERT I. WALDMAN*□
LORI I. MAYER°
RANDEE M. MATLOFF
ELLIOTT LOUIS PELL°
ANDREW L. O'CONNOR

GREG M. KOHN°
MICHAEL R. FELDMAN

*CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY
□CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

December 2, 2009

*Via Electronic Filing*
Honorable Jose L. Linares
US District Court
ML King Jr. Federal Building & Courthouse
50 Walnut Street, Room 5054
PO Box 999
Newark, NJ  07101-999

      Re:  *Vaccaro v. HJC America, Inc., et al.*
           Civil Action No.:  04-3480(JLL)

Dear Judge Linares:

    Per Your Honor's request, this letter shall advise the court that the above referenced matter has been settled.

                            Respectfully,

                            BRUCE H. NAGEL

BHN/ls

cc: Honorable Claire C. Cecchi, USMJ
    Robert Kelly, Esq.